**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| 1. | Debtor's name | **Antigua Investments, L.L.C. d/b/a Canterbury House** |
|---|---|---|

2. All other names debtor used in the last 8 years

Include any assumed names, trade names and *doing business as* names

3. Debtor's federal Employer Identification Number (EIN)

4 5 – 4 0 4 5 6 0 7

4. Debtor's address

**Principal place of business**

**1101 16th Street**
Number    Street

_____

**Alexandria          LA    71301**
City                        State    ZIP Code

**RAPIDES**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                        State    ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Antigua Investments, L.L.C. d/b/a Canterbury House**                    Case number (if known) _____

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No

☑ Yes. District **WDLA** _____  When **08/22/2017**  Case number **17-80882**
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

| Number | Street |

_____

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                    ☑ $1,000,001-$10 million           ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million         ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million        ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000                    ☑ $1,000,001-$10 million           ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million         ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million        ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/22/2023**
         MM / DD / YYYY

X  **/s/ Jose Alejandro Porras**
         Signature of authorized representative of debtor
   **Jose Alejandro Porras**
         Printed name
   **Member**
         Title

**18.  Signature of attorney**

X  **/s/ Thomas R. Willson**          Date  **09/22/2023**
         Signature of attorney for debtor          MM / DD / YYYY

   **Thomas R. Willson**
         Printed name
   **Thomas R. Willson**
         Firm name
   **1330 Jackson Street, Suite C**
         Number          Street

   **Alexandria**          **LA**          **71301**
         City          State          ZIP Code

   **(318) 442-8658**          **rocky@rockywillsonlaw.com**
         Contact phone          Email address
   **13546**          **LA**
         Bar number          State

**Fill in this information to identify the case**

Debtor name    <u>**Antigua Investments, L.L.C. d/b/a Canterbury House**</u>

United States Bankruptcy Court for the: <u>**WESTERN DISTRICT OF LOUISIANA**</u>

Case number
(if known)     _____

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2. **Cash on hand**                    _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Checking account at Kadence Bank** | **Checking account** | ___ ___ ___ ___ | **$1,500.00** |

4. **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$1,500.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8.  Copy the total to line 81.

    | Current value of debtor's interest |
    | --- |
    | $0.00 |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

11. **Accounts receivable**

    Current value of debtor's interest

    11a.  90 days old or less: __$70,000.00__ – __$20,000.00__ = .............. ➔ $50,000.00

          face amount      doubtful or uncollectible accounts

    11b.  Over 90 days old: __$0.00__ – __$0.00__ = .............. ➔ $0.00

          face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | $50,000.00 |
    | --- |

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:      % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**

    Add lines 14 through 16.  Copy the total to line 83.

    | $0.00 |
    | --- |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Food and food preparation items | _____ | _____ | _____ | Unknown |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| furniture, fixtures, equipment used in ordinarily course of business | _____ | _____ | _____ | Unknown |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

 ☐ No
 ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computer | | | $200.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.     **$200.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Dodge Caravan Broughn Mobility** | | | $20,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |

**50.** Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)

**51.** **Total of Part 8.**
$20,000.00
Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.** **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **16th Street, ALexandria, La.**<br>**land and building**<br>**Lots 1-24 Weil Company, Inc.**<br>**Subdivision acquired at COB 1904,**<br>**Page 87, records of Rapides Parish,**<br>**La.** | **Full Ownership** | | | **$3,000,000.00** |

**56.** **Total of Part 9.**
$3,000,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** Patents, copyrights, trademarks, and trade secrets

23-80536 - #1  File 09/22/23  Enter 09/22/23 15:23:19  Main Document  Pg 10 of 46

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

     License from La Dept of Health & Hospitals      _____    _____      **Unknown**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.                    **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☒ No
     ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☒ No
     ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☒ No
     ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☒ Yes. Fill in the information below.

                                                    Current value of
                                                    debtor's interest

**71. Notes receivable**

     Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     cleaning supplies & eqauipment                                    **$250.00**

**78. Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                  **$250.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☒ No
     ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$1,500.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$50,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$200.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$20,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................➔ | | **$3,000,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$250.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$71,950.00**   +   91b. | **$3,000,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................. **$3,071,950.00**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**
__Ally Financial__

**Creditor's mailing address**
__PO Box 9001948__

_____

__Louisville       KY   40290-1948__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
__Dodge Caravan Broughn__

**Describe the lien**
__Purchase Money Security Interest__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

|  |  |
| --- | --- |
| $18,332.86 | $20,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,200,417.17

Debtor   **Antigua Investments, L.L.C. d/b/a Canterbury House**     Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**  Creditor's name
**Internal Revenue Services**

Creditor's mailing address
**Memphis, TN.**

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number          __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐  No.  Specify each creditor, including this
creditor, and its relative priority.

☐  Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**immovable property**

Describe the lien

**940, 941, 1065 Taxes / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

$350,000.00          $0.00

**tax liens and amendments to tax liens**

**2.3**  Creditor's name
**Louisiana Workforce Commission**

Creditor's mailing address
**P.O. Box 44127**

_____

**Baton Rouge          LA     70804-4127**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number          __2__ __0__ __0__ __7__

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐  No.  Specify each creditor, including this
creditor, and its relative priority.

☐  Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**immovable property**

Describe the lien

**Taxes**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,500.00          $0.00

**2015 & 2017 Unemployment**

Debtor   **Antigua Investments, L.L.C. d/b/a Canterbury House**     Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4**  Creditor's name
**Rapides Parish Sales & Use Tax Dept**

Creditor's mailing address
**5606 Coliseum Blvd**

_____

**Alexandria        LA   71303**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**sale & use tax**

Describe debtor's property that is
subject to a lien

**immovable property**

Describe the lien

**Taxes / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,708.10**    Column B: **$0.00**

---

**2.5**  Creditor's name
**The Cottonport Bank**

Creditor's mailing address
**144 South Main Street**

_____

**Marksville        LA   71351**

Creditor's email address, if known

_____

Date debt was incurred   **01/06/2012**

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**land and building**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$822,876.21**    Column B: **$3,000,000.00**

Debtor    **Antigua Investments, L.L.C. d/b/a Canterbury House**          Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **Internal Revenue Service** | | | Line **2.2** | ___ ___ ___ ___ |
| **Centralized Insolvency Operation** | | | | |
| **Mail Stop 5-Q30.133** | | | | |
| **2970 Market Street** | | | | |
| **Philadelphia** | **PA** | **19104-5016** | | |
| **Internal Revenue Service** | | | Line **2.2** | ___ ___ ___ ___ |
| **Office of General Counsel** | | | | |
| **P.O. Box 30509** | | | | |
| **New Orleans** | **LA** | **70190** | | |
| **Internal Revenue Service** | | | Line **2.2** | ___ ___ ___ ___ |
| **P.O. Box 7346** | | | | |
| **Philadelphia** | **PA** | **19101-7346** | | |
| **Sheriff Mark Wood** | | | Line **2.5** | ___ ___ ___ ___ |
| **700 Murray Street** | | | | |
| **Alexandria** | **LA** | **71301** | | |
| **United States Attorney's Office** | | | Line **2.2** | ___ ___ ___ ___ |
| **Tom Stagg United States Courthouse** | | | | |
| **Western Dist of LA Attn: Civil Division** | | | | |
| **300 Fannin St., Suite 3201** | | | | |
| **Shreveport** | **LA** | **71101-3068** | | |

**Fill in this information to identify the case:**

Debtor      <u>**Antigua Investments, L.L.C. d/b/a Canterbury House**</u>

United States Bankruptcy Court for the: <u>**WESTERN DISTRICT OF LOUISIANA**</u>

Case number
(if known)     <u>                      </u>

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                  Total claim        Priority amount

**2.1**    **Priority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** *Check all that apply.*

     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

     ☐ No
     ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alejandro Porras**

**139 Park Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Alexandria          LA     71301

**Basis for the claim:**
**Personal Loans**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Ark Graphics, Inc**

**4903 Canal Drive**

☐ Contingent
☐ Unliquidated
☑ Disputed

Alexandria          LA     71303

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carmen Porras**

**139 Park Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Alexandria          LA     71301

**Basis for the claim:**
**Personal Loans**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Alexandria**

**PO Box 1925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Lake Charles          LA     70602

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Clean Air Systems**

**PO Box 33**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Woodworth**      **LA**    **71485**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Community Coffee Company**

**PO Box 679510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75267**

Basis for the claim:
**Open Account**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cupples Holdings**

**3108 Carol Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alexandria**      **LA**    **71301**

Basis for the claim:
**Personal Loans**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00** |
|---|---|---|---|

**Daenen & Henderson**

**3818 Bayou Rapides Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alexandria**      **LA**    **71303**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Migo Consulting, Inc**

**36355 Belle Savanne**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loans**

**Geismar**                LA        70734

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nicholas Williams**

**36355 Belle Savanne Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loans**

**Geismar**                LA        70734

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Pome, LLC**

**139 Park Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loans**

**Alexandria**                LA        71301

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rapides Parish Sheriff, Mark Wood**

**700 Murray St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Alexandria**                LA        71301

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Sayes Office Supplies**

**PO Box 5915**

**Alexandria**    **LA**    **71307**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$533.02**

---

**3.14**   Nonpriority creditor's name and mailing address

**Simpson Security Systems**

**PO Box 12418**

**Alexandria**    **LA**    **71315**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$430.00**

---

**3.15**   Nonpriority creditor's name and mailing address

**Suddenlink**

**PO Box 70340**

**Philadelphia**    **PA**    **19176**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.16**   Nonpriority creditor's name and mailing address

**Superior Plumbing of Cenla, LLC**

**PO Box 505**

**Tioga**    **LA**    **71477**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$794.37**

---

Debtor **Antigua Investments, L.L.C. d/b/a Canterbury House**   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |

**Vertical Concepts**

**3770 Monroe Hwy**

**Ste C#193**

**Pineville**            **LA**    **71360**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
☑ No
☐ Yes

$575.00

| 3.18 | Nonpriority creditor's name and mailing address |

**Vision Leasing, LLC**

**PO Box 12142**

**Alexandria**            **LA**    **71315**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
☑ No
☐ Yes

$936.34

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

<table>
<tr><td></td><td></td><td></td><td align="right">**Total of claim amounts**</td></tr>
<tr><td>5a.</td><td>**Total claims from Part 1**</td><td>5a.</td><td align="right">__$0.00__</td></tr>
<tr><td>5b.</td><td>**Total claims from Part 2**</td><td>5b. **+**</td><td align="right">__$4,488.73__</td></tr>
<tr><td>5c.</td><td>**Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c.</td><td>5c.</td><td align="right">$4,488.73</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name   **Antigua Investments, L.L.C. d/b/a Canterbury House**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____   Chapter   **11**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | lease of copier<br>Contract to be ASSUMED | **Vision Leasing, LLC** |
| | | | **PO Box 12142** |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | **Alexandria**    **LA**   **71301** |

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jose Alejandro Porras** | **1101 16th Street**<br>Number    Street<br><br>**Alexandria**    **LA**  **71301**<br>City    State  ZIP Code | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Nicholas A. Williams** | **1101 16th Street**<br>Number    Street<br><br>**Alexandria**    **LA**  **71301**<br>City    State  ZIP Code | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Thomas E. Cupples, II** | **1101 16th Street**<br>Number    Street<br><br>**Alexandria**    **LA**  **71301**<br>City    State  ZIP Code | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$3,000,000.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. | **$71,950.00** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$3,071,950.00** |

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$1,200,417.17** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... | **+ $4,488.73** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................. | **$1,204,905.90** |

Debtor Name      **Antigua Investments, L.L.C. d/b/a Canterbury House**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**           X **/s/ Jose Alejandro Porras**
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                                    **Jose Alejandro Porras**
                                                    Printed name

                                                    **Member**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Antigua Investments, L.L.C. d/b/a Canterbury House**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $720,060.86 |
| For prior year: | From **01/01/2022** to<br>MM / DD / YYYY | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $944,985.15 |
| For the year before that: | From **01/01/2021** to<br>MM / DD / YYYY | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $1,052,360.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Thomas E. Cupples, II** | | **$5,072.91** | **reimbursement of expenses** |
| | Insider's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Member** | | | |
| 4.2. | **Jose Alejandro Porras** | **various** | **$23,482.83** | **reimbursement** |
| | Insider's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Member** | | | |
| 4.3. | **Nicholas A. WIlliams** | | **$744.47** | **reimbursement** |
| | Insider's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Member** | | | |
| 4.4. | **Carmen Porras** | | **$10,468.39** | |
| | Insider's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **spouse of Member** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **Ana Cupples** | | **$160.16** | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Spouse of Member** | | | |
| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.6. | **Pome, LLC** | | **$15,115.15** | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **affiliated with Member Porras** | | | |
| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.7. | **Migo Consulting** | | **$1,000.00** | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **affiliated with Member WIlliams** | | | |
| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.8. | **Cupples Holdings** | | **$2,400.00** | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **affilaited with Member Cupples** | | | |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. **Thomas R. Wllson** _____                                                              $8,262.00

**Address**

**1330 Jackson Street**
Street
_____

**Alexandria**        **LA**      **71301**
City                       State      ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained

        Does the debtor have a privacy policy about that information?
        ☐ No.
        ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BankcorpSouth**<br>Name<br>**closed due to forgery**<br>Street<br><br>_____<br>City      State   ZIP Code | **XXXX-** __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

<div style="background:black;color:white">**Part 13:**</div>    **Details About the Debtor's Business or Connections to Any Business**

**25.**   **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26.**   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Daenen & Henderson** | From _____   To _____ |
| Name | |
| **13818 Bayou Rapides Raod** | |
| Street | |
| | |
| **Alexandria**     **LA**     **71301** | |
| City      State      ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.**   **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.**   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas E. Cupples, II** | | **Member** | **33.33%** |
| **Jose Alejandroa Porras** | | **Member** | **33.33%** |
| **Nicholas A. Williams** | | **Member** | **33.33%** |

**29.**   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** __Jose Alejandro Porras__<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>__Member__ | **Management Fees**<br>**$38,597.00** | **various dates in past 12 months as funds were available** | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| **30.2.** __Thomas E. Cupples, II__<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>__Member__ | **$7,632.00** | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| **30.3.** __Nicholas A. Williams__<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>__Member__ | **$1,744.47** | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.4.   **Carmen Porras**            **$25,583.00**

Name

_____
Street

_____
City        State   ZIP Code

**Relationship to debtor**
**Spouse of Member**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**
        MM / DD / YYYY

**X /s/ Jose Alejandro Porras**        Printed name   **Jose Alejandro Porras**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Antigua Investments, L.L.C. d/b/a Canterbury House**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Services Memphis, TN. | | 940, 941, 1065 Taxes | Unliquidated Disputed | $350,000.00 | $0.00 | $350,000.00 |
| 2 | Louisiana Workforce Commission P.O. Box 44127 Baton Rouge, LA 70804-4127 | | Taxes | | $7,500.00 | $0.00 | $7,500.00 |
| 3 | Rapides Parish Sales & Use Tax Dept 5606 Coliseum Blvd Alexandria, LA 71303 | | Taxes | | $1,708.10 | $0.00 | $1,708.10 |
| 4 | Vision Leasing, LLC PO Box 12142 Alexandria, LA 71315 | | Open Account | | | | $936.34 |
| 5 | Daenen & Henderson 3818 Bayou Rapides Road Alexandria, LA 71303 | | Services Rendered | | | | $845.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Superior Plumbing of Cenla, LLC<br>PO Box 505<br>Tioga, LA 71477 | | Services Rendered | | | | $794.37 |
| 7  Vertical Concepts<br>3770 Monroe Hwy<br>Ste C#193<br>Pineville, LA 71360 | | Open Account | | | | $575.00 |
| 8  Sayes Office Supplies<br>PO Box 5915<br>Alexandria, LA 71307 | | Open Account | | | | $533.02 |
| 9  Simpson Security Systems<br>PO Box 12418<br>Alexandria, LA 71315 | | Services Rendered | | | | $430.00 |
| 10  Ark Graphics, Inc<br>4903 Canal Drive<br>Alexandria, LA 71303 | | Services Rendered | Disputed | | | $225.00 |
| 11  Clean Air Systems<br>PO Box 33<br>Woodworth, LA 71485 | | Services Rendered | | | | $150.00 |
| 12  Suddenlink<br>PO Box 70340<br>Philadelphia, PA 19176 | | Services Rendered | Disputed | | | $0.00 |
| 13  Rapides Parish Sheriff, Mark Wood<br>700 Murray St.<br>Alexandria, LA 71301 | | Notice Only | | | | $0.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Community Coffee Company PO Box 679510<br><br>Dallas, TX 75267 | | Open Account | | | | $0.00 |
| 15 City of Alexandria PO Box 1925 Lake Charles, LA 70602 | | Services Rendered | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:   **Antigua Investments, L.L.C. d/b/a Canterbury House**                CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/22/2023 _____        Signature  **/s/ Jose Alejandro Porras** _____
                                                        *Jose Alejandro Porras*
                                                        *Member*

Date _____        Signature _____

Alejandro Porras
139 Park Place
Alexandria, LA 71301


Ally Financial
PO Box 9001948
Louisville, KY 40290-1948


Ark Graphics, Inc
4903 Canal Drive
Alexandria, LA 71303


Carmen Porras
139 Park Place
Alexandria, LA 71301


City of Alexandria
PO Box 1925
Lake Charles, LA 70602


Clean Air Systems
PO Box 33
Woodworth, LA 71485


Community Coffee Company
PO Box 679510
Dallas, TX 75267


Cupples Holdings
3108 Carol Court
Alexandria, LA 71301


Daenen & Henderson
3818 Bayou Rapides Road
Alexandria, LA 71303

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Internal Revenue Service
Office of General Counsel
P.O. Box 30509
New Orleans, LA 70190


Internal Revenue Service
Centralized Insolvency Operation
Mail Stop 5-Q30.133
2970 Market Street
Philadelphia, PA 19104-5016

Internal Revenue Services
Memphis, TN.



Jose Alejandro Porras
1101 16th Street
Alexandria, LA 71301


Louisiana Workforce Commission
P.O. Box 44127
Baton Rouge, LA 70804-4127



Migo Consulting, Inc
36355 Belle Savanne
Geismar, LA 70734



Nicholas A. WIlliams
1101 16th Street
Alexandria, LA 71301



Nicholas Williams
36355 Belle Savanne Ave.
Geismar, LA 70734
```

```
Pome, LLC
139 Park Place
Alexandria, LA 71301


Rapides Parish Sales & Use Tax Dept
5606 Coliseum Blvd
Alexandria, LA 71303


Rapides Parish Sheriff, Mark Wood
700 Murray St.
Alexandria, LA 71301


Sayes Office Supplies
PO Box 5915
Alexandria, LA 71307


Sheriff Mark Wood
700 Murray Street
Alexandria, LA. 71301


Simpson Security Systems
PO Box 12418
Alexandria, LA 71315


Suddenlink
PO Box 70340
Philadelphia, PA 19176


Superior Plumbing of Cenla, LLC
PO Box 505
Tioga, LA 71477


The Cottonport Bank
144 South Main Street
Marksville, LA 71351
```

```
Thomas E. Cupples, II
1101 16th Street
Alexandria, LA 71301



United States Attorney's Office
Tom Stagg United States Courthouse
Western Dist of LA Attn: Civil Division
300 Fannin St., Suite 3201
Shreveport, LA 71101-3068

Vertical Concepts
3770 Monroe Hwy
Ste C#193
Pineville, LA 71360


Vision Leasing, LLC
PO Box 12142
Alexandria, LA 71315



Vision Leasing, LLC
PO Box 12142
Alexandria, LA 71301
```

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE:                                                   CHAPTER   **11**

**Antigua Investments, L.L.C. d/b/a Canterbury House**


DEBTOR(S)                                                CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jose Alejandro Porras | | | 33.33% |
| Nicholas A. WIlliams | | | 33% |
| Thomas E. Cupples, II | | | 33% |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **9/22/2023**_____          Signature: **/s/ Jose Alejandro Porras**_____
                                                        *Jose Alejandro Porras*
                                                        **Member**