# RESOLUTION OF ANTIGUA INVESTMENTS, L.L.C.

The below signed declare under penalty of perjury that Jose Alejandro Porras, is a Member of Antigua Investments, L.L.C., and that the following is a true and correct copy of the resolutions adopted by the member of said limited liability company at a special meeting duly called and held on the 21st day of September, 2023.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Sub-Chapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jose Alejandro Porras, Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to carry out and perfect the intended purposes of the filing of a case under Sub-Chapter V of Chapter 11 of the Bankruptcy Code on behalf of the limited liability company; and

Be It Further Resolved, that the said Jose Alejandro Porras, is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that this limited liability company has employed, Thomas R. Willson, as its attorney to represent the limited liability company in such bankruptcy case."

**/S/ JOSE ALEJANDRO PORRAS**
Jose Alejandro Porras, Member

Appears Jose Alejandro Porras, Member of Antigua Investments, L.L.C., who does by his signature hereto certify that the above and foregoing is a true and correct copy of the Resolution mentioned and adopted in the preamble of this instrument, and that said Resolution has not been modified, cancelled nor rescinded.

THUS DONE AND SIGNED on this 22nd day of September, 2023, at Alexandria, Rapides Parish, Louisiana.

**/S/ JOSE ALEJANDRO PORRAS**
Jose Alejandro Porras, Member

I hereby certify that this document is a true and correct representation of the Resolution of this limited liability company as stated above.

Date: September 22, 2023     **/S/ THOMAS E. CUPPLES, II**
Thomas E. Cupples, II, Member

Date: September 22, 2023     **/S/ JOSE ALEJANDRO PORRAS**
Jose Alejandro Porras, Member

Date: September 22, 2023     **/S/ NICHOLAS A. WILLIAMS**
Nicholas A. Williams, Member