UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

In re:  Chapter 11, Subchapter V
ANTIGUA INVESTMENTS LLC  Case No. 1:23-bk-80536
D/B/A CANTERBURY HOUSE,
    Debtor.

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee appoints the following individual as the Subchapter V trustee of the above captioned proceeding:

**Lucy G. Sikes**
**Post Office Box 52545**
**Lafayette, LA 70505-2545**
**Telephone: 337-366-0214**
**Facsimile: 337-628-1319**
**Email:** lucygsikes1@gmail.com

The Trustee's verified statement of disinterestedness and intended rate of compensation is attached to this notice.

Date: September 25, 2023.          DAVID W. ASBACH
                                            Acting United States Trustee, Region 5.

                                    By: /s/ *Antony D. Constantini*

                                    Antony D. Constantini**,** Fla. Bar No. 92722
                                    Trial Attorney, Office of the U.S. Trustee
                                    300 Fannin Street, Suite 3196,
                                    Shreveport, Louisiana 71101
                                    Telephone No. (318) 676-3554
                                    antony.constantini@usdoj.gov

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     ANTIGUA INVESTMENTS, LLC     CASE NO. 23-80536
Debtor     CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $365.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: September 23, 2023

                                               Lucy G. Sikes, Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by First Class United States Mail, postage prepaid, or CM/ECF transmission to the following persons and entities, as well as all parties having elected to received electronic service who have appeared in this case.

Antigua Investments, L.L.C. d/b/a Canterbury House (Debtor)
1101 16th Street
Alexandria, LA 71301

Thomas R. Willson (Debtor's Counsel)
The Law Office of Rocky Willson
1330 Jackson Street, Alexandria, LA 71301
rocky@rockywillsonlaw.com

Lucy G. Sikes, as Subchapter 5 Trustee
Post Office Box 52545
Lafayette, LA 70505-2545

Date: September 25, 2023.

/s/ Samantha A. Scott
Samantha Scott
Paralegal Specialist
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Telephone No. (318) 676-3456