UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-80536 |
| ANTIGUA INVESTMENTS, L.L.C. | CHAPTER 11 |
| D/B/A CANTERBURY HOUSE | |
|     DEBTOR | |

RESPONSE TO DEBTOR'S MOTION TO PROVIDE ADEQUATE
PROTECTION BY THE COTTONPORT BANK

Now through counsel, comes The Cottonport Bank ("TCB"), who in response to the motion of the debtor, states

1.

Jurisdiction and core status are not disputed, nor is Debtor-in-Possession status.

2.

TCB acknowledges that it holds a first ranking real estate mortgage on the debtor's real property.

3.

TCB believes that it is entitled to adequate protection of its first mortgage position, in an amount to be determined by this Court.

4.

Two methods of determining adequate protection in this case are:

A) Reviewing the tax returns of the debtor as evidence of depreciation of the debtor's physical assets, and

B) Reviewing the contractual interest rate to determine what sum is required to prevent a reduction of TCB's equity cushion. This method may not be appropriate in this case.

5.

The debtor's depreciation schedule for tax year 2021 reflects annualized depreciation on its real estate (TCB's collateral) to be $69,021. The monthly amount would be $4,918.42. Accordingly, the debtor's offer of $5,000.00 per month is a reasonable offer to start with.

6.

The debtor should be required to maintain insurance on the real property in a sum no less than the amount of debt to the Bank, currently $811,614.08 principal, plus accrued interest, with the Bank as a named payee. The Bank is currently maintaining forced place insurance on this property. The direct cost of that insurance is $710.18 per month to the Bank.

7.

If the debtor should become thirty days late on any payment or fails to maintain liability insurance, TCB may give notice of said default to debtor and debtor's attorney and the debtor has fifteen days to cure said default or TCB may receive an ex parte order to lift the automatic stay of 11 U.S.C. §362.

WHEREFORE, The Cottonport Bank prays for an order in consonance with these pleadings.

　　　　　　　　　　　　　　　　　　　　/s/ John W. Luster
　　　　　　　　　　　　　　　　　　JOHN W. LUSTER　　　Bar #9184
　　　　　　　　　　　　　　　　　　1120 Williams Avenue
　　　　　　　　　　　　　　　　　　Post Office Box 488
　　　　　　　　　　　　　　　　　　Natchitoches, LA  71458-0488
　　　　　　　　　　　　　　　　　　Telephone: (318) 352-3602
　　　　　　　　　　　　　　　　　　Facsimile: (318) 352-3608
　　　　　　　　　　　　　　　　　　Email: luster_j@bellsouth.net
　　　　　　　　　　　　　　　　　　Attorney for The Cottonport Bank

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-80536 |
| ANTIGUA INVESTMENTS, L.L.C. | CHAPTER 11 |
| D/B/A CANTERBURY HOUSE | |
|     DEBTOR | |

## CERTIFICATE OF SERVICE

I certify that on October 17, 2023, a Response to Debtor's Motion to Provide Adequate Protection by The Cottonport Bank was filed using the court's CM/ECF system which generated a "Notice of Electronic Filing" indicating that it was transmitted to the filing party and all registered users of the CM/ECF system having appeared in the case in which the filing is made. Pursuant to LBR 9013-1, transmission of the Notice of Electronic Filing to a registered user via the CM/ECF system constitutes service of the pleading or other document.

I further certify that on October 17, 2023, a copy of the Response to Debtor's Motion to Provide Adequate Protection by The Cottonport Bank was sent to the following by placing same in the United States mail service, postage paid and properly addressed:

Antigua Investments, L.L.C.
dba Canterbury House
1101 16th Street
Alexandria, LA 71301

Thomas R. Willson
Attorney at Law
1330 Jackson Street
Alexandria, LA 71301

Lucy G. Sikes
Chapter 11 Sub V Trustee
P. O. Box 52545
Lafayette, LA 70505-2545

Antony D. Constantini
Office of U S Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

Richard A. Rozanski
Richard A. Rozanski, APLC
P. O. Box 13199
Alexandria, LA 71315-3199

AIS Portfolio Services, LLC
Attn: Ally Bank Department
Account: XXXXXXXX5006
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

The Cottonport Bank
c/o Roy & Roy
Attorneys at Law
P. O. Box 363
Marksville, LA 71351

                                                   /s/ Ellen L. Tucker
                                                      ELLEN L. TUCKER