UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| In re: | | Chapter 11 Subchapter V |
|---|---|---|
| ANTIGUA INVESTMENTS LLC | | Bankruptcy Case Number 23-80536 |
| Debtor | | |

## REPORT OF SUBCHAPTER V TRUSTEE

Now into court comes Lucy G. Sikes, Subchapter V Chapter 11 Trustee of the above captioned matter, who files her report for the status conference scheduled for Wednesday, November 1, 2023, at 9:30 am.

1. The petition was filed on 09/22/2023, electing that the debtor proceed as a "small business debtor" under Chapter 11, Subchapter V. Docket #1.

2. A 341(a) meeting was completed by the United States Trustee on 10/25/2023.

3. As of the filing of this report, the debtor's monthly operating report for the month of September 2023 is due but has not yet been filed.

4. Debtor has filed a Motion to Set Bar Date, requesting that the claims bar date be set for 12/15/2023.

5. A plan has not yet been filed. According to 11 U.S.C. 1189(b), a plan must be filed within 90 days of the filing of the petition. A plan is due to be filed on 12/21/2023.

Date: October 30, 2023                    Respectfully Submitted,

/s/ Lucy G. Sikes
Lucy G. Sikes
Attorney at Law, #22787
Subchapter V Chapter 11 Trustee
Post Office Box 52545
Lafayette, LA 70505-2545
Tel: (337) 366-0214
Email: lucygsikes1@gmail.com