UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANTIGUA INVESTMENTS LLC | Case No. 1:23-bk-80536 |
| D/B/A CANTERBURY HOUSE, | |
|     Debtor. | |

## U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST
## FOR HEARING CONCERNING PATIENT CARE OMBUDSMAN

COMES NOW David W. Asbach, United States Trustee for Region 5 ("U.S. Trustee"), by and through undersigned counsel, and files this Witness and Exhibit List for the ombudsman hearing set for Wednesday November 1, 2023, at 9:30 a.m.

### WITNESS LIST

The U.S. Trustee intends to call the following as witnesses:

1. The Debtor / Debtor's corporate representative.

2. The Louisiana Department of Health.

### EXHIBIT LIST

The U.S. Trustee intends to introduce and present the following exhibits:

1. **Composite Exhibit 1** — Four investigation surveys attached to the Department's memorandum regarding patient care ombudsman (D.E. 56).

    A. Investigation Survey dated 04/07/2021.

    B. Investigation Survey dated 08/23/2022.

    C. Investigation Survey dated 04/13/2023.

    D. Investigation Survey dated 09/07/2023.

2. **Exhibit 2** — LA.gov printout showing Debtor's assisted-living license number.

3. **Exhibit 3** — Printout of Debtor's Facebook page.

4. **Exhibit 4** — Debtor's 2017 bankruptcy petition.

5. **Exhibit 5** — Order Appointing Patient Care Ombudsman in 2017 bankruptcy case.

6. **Exhibit 6** — Agreed Interim Utilities Order entered in this case, (D.E. 47).

Date: October 30, 2023.

                                      DAVID W. ASBACH

                                      Acting United States Trustee, Region 5.

                                      By:    /s/ *Antony D. Constantini*

Antony D. Constantini**,** Fla. Bar No. 92722
Trial Attorney, Office of the U.S. Trustee
300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101
antony.constantini@usdoj.gov | (318) 676-3456

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing was sent by CM/ECF transmission to all parties who have appeared in this case and elected to received electronic service.

Date: October 30, 2023.

                                      */s/ Samantha A. Scott*
                                      Samantha Scott
                                      Paralegal Specialist
                                      Office of the United States Trustee
                                      300 Fannin Street, Suite 3196
                                      Shreveport, LA 71101
                                      Telephone No. (318) 676-3456